IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80870-RLR

ASPEN LICENSING INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

TARGET CORP., a Minnesota corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, ASPEN LICENSING INTERNATIONAL, INC. and Defendant, TARGET CORP., (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Stipulation for Dismissal, and state:

1. The Parties have resolved all matters between them including those raised in the Complaint [DE 1], as well as in the Counterclaim [DE 15] and Amended Counterclaim [DE 24], filed in the above-styled case, and request that this Court enter an Order of Dismissal with Prejudice, the form of which is attached hereto as **Exhibit "A."**.

2. Each party will bear its own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that this Court enter the proposed order of dismissal attached hereto.

Dated: April 30, 2019.

| *Counsel for Aspen Licensing International, Inc.* | *Counsel for Target Corp.* |
|---|---|
| /s/   Harrison R. DuBosar<br>Howard D. DuBosar, Esq., FBN: 729108<br>Harrison R. DuBosar, Esq. FBN: 1002241<br>**The DuBosar Law Group, P.A.**<br>3010 North Military Trail, Suite 210<br>Boca Raton, Florida 33431<br>Phone: (561) 544-8980<br>HDuBosar@dubolaw.com<br>Hrd@dubolaw.com | /s/   Yuri Mikulka<br>Yuri Mikulka, Esq.<br>**Alston & Bird**<br>333 S. Hope St., 16th Floor<br>Los Angeles, CA 92626<br>Phone: 213-576-1026<br>yuri.mikulka@alston.com<br>and<br>Richard Lawson, Esq., FBN: 165085<br>**Manatt, Phelps & Phillips, LLP**<br>7 Times Square<br>New York, NY 10036<br>Phone: (212) 790-4500<br>RPLawson@manatt.com |

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80870-RLR

ASPEN LICENSING INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

TARGET CORP., a Minnesota corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Parties' Joint Stipulation for Dismissal (the "Joint Stipulation"), and the Court having reviewed the Joint Stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Stipulation is **APPROVED**. Each party shall bear its own attorneys' fees and costs.  This case is **DISMISSED** and the Clerk of Court shall **CLOSE** the file.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this _____ day of _____, 2019.

                                              HONORABLE ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT COURT JUDGE

cc:  All counsel of record